1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   TOBIAS A. FRANK,                 ) NO. CV 12-03927 JAK (SS)
                                      )
12                  Petitioner,       )
                                      )
13          v.                        )        **JUDGMENT**
                                      )
14   UNITED STATES OF AMERICA,        )
                                      )
15                  Respondent.       )
     _____)

16

17

18       Pursuant to the Court's Order Accepting Findings, Conclusions and

19   Recommendations of United States Magistrate Judge,

20

21       IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   without prejudice.

23

24   DATED: September 17, 2012

25                                    _____

26                                    JOHN A. KRONSTADT
                                      UNITED STATES DISTRICT JUDGE

27

28